```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CRYSTAL BURTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, | : | |
| et al. | : | NO. 15-5025 |

<u>ORDER</u>

AND NOW, this 8th day of September, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Justin Montgomery for summary judgment (Doc. # 34) is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.